CGFD28 (10/01/16)



ORDERED in the Southern District of Florida on February 22, 2023

**Robert A Mark**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 17−22017−RAM**
**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Charlton Mack
21101 NW 30 Ct
Miami Gardens, FL 33056

SSN: xxx−xx−7519

# FINAL DECREE

The trustee, Nancy K. Neidich, having filed a final report that the estate has been fully administered, is discharged and the case is closed.